# EXHIBIT D



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Mutual Agreement to Resolve Issues and Arbitrate Claims

NEXT >



Mutual Agreement to Resolve Issues and Arbitrate Claims

## Our Door Is Always Open

We are proud of our direct relationship with our Team Members and value the opportunity to answer your questions and help resolve issues. We have an Open Door Policy that encourages You to talk directly to your supervisor, any member of your leadership team, or our Human Resources team. You can also share your ideas or concerns anonymously through our confidential Michaels Team Member Hotline 1-800-241-5689. The goal of our open door policy is simple: When You have an issue, we want to address it quickly through open dialogue. This Mutual Agreement to Resolve Issues and Arbitrate Claims (the "Agreement") is being entered into between You (the Team Member, a term we use to refer to our employees including officers) and Michaels Stores, Inc. and its subsidiaries, affiliates, parents, and related entities ("Michaels" or the "Company").

Both You *and* the Company agree to use final and binding arbitration to resolve any covered disputes we have not resolved together as explained in this Agreement. This means that the Company and You agree to arbitrate any covered dispute and submit all covered disputes to arbitration. We both agree that disputes covered by this Agreement will be decided by an Arbitrator and not by a court or jury trial.

< PREV   NEXT >

Exhibit D to Keller Decl. - Page 18



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Who is the Arbitrator

We work together to select an impartial Arbitrator provided by the American Arbitration Association ("AAA"). The AAA will give each party a list of eleven (11) arbitrators drawn from its panel of arbitrators. Each party will have ten (10) calendar days to strike all names on the list it deems unacceptable. If only one common name remains on the lists of all parties, that individual shall be designated as the Arbitrator. If more than one common name remains on the lists of all parties, the parties will strike names alternately on a telephone call convened by AAA, with the party striking first to be determined by a coin toss, until only one name remains from the list of common names. If no common name remains on the lists of all parties, the AAA will give each party an additional list of eleven (11) arbitrators from which the parties will strike alternately on a telephone call convened by AAA, with the party striking first to be determined by a coin toss, until only one name remains. That person will be designated as the Arbitrator. If the individual selected cannot serve, the AAA will issue another list of eleven (11) arbitrators and repeat the alternate striking selection process. Unless You and the Company agree otherwise, the Arbitrator will be an attorney experienced in the area of law, for example, in employment law and licensed to practice law in the state in which the arbitration takes place, or a retired judge from any jurisdiction.

< PREV    NEXT >



Mutual Agreement to Resolve Issues and Arbitrate Claims

# What Disputes Go to Arbitration?

First, we believe that the vast majority of issues and disputes will be resolved directly between You and your leader. You are welcome to contact your HR representative or to use the confidential and anonymous Hotline to register your concerns. If these disputes cannot be resolved informally, any dispute or claim between You and the Company that might normally be resolved by a court will go through arbitration, except for disputes not subject to arbitration listed below. Unless otherwise stated in this Agreement, the Arbitrator, and not any federal, state, or local court or agency, will have exclusive authority to resolve disputes relating to the interpretation, applicability, enforceability or formation of this Agreement including, but not limited to, any claim that all or any part of this Agreement is void or voidable and pertaining to any waiver.

< PREV    NEXT >

Exhibit D to Keller Decl. - Page 19



Mutual Agreement to Resolve Issues and Arbitrate Claims

## What Disputes Go to Arbitration?

Except for disputes not subject to arbitration listed below, covered disputes include all past, present or future claims or disputes related to or arising out of your employment, your application for employment and/or your termination of employment with the Company, that the Company may have against You or that You may have against the Company or its officers, directors, principals, shareholders, members, owners, employees, benefit plans, including, but not limited to, any of the following:

Wage or compensation claims (including without limitation claims for pay, minimum wage, overtime, wage penalties, meal and rest breaks, classification);

Tort or statutory discrimination, harassment or retaliation claims (including without limitation claims based on race, creed, color, religion, sex, age, disability, leave status, national origin, ancestry, sexual orientation, marital status, veteran or military reserve status, or any other characteristic protected by federal, state or local law);

Breach of contract or covenant;

Claims for unfair competition and violation of trade secrets;

Claims under the Fair Credit Reporting Act (and similar state laws);

All other federal, state, or local constitutional, statutory, regulatory, or common law claims or causes of action now or hereafter recognized.

However, nothing in this Agreement removes your obligation to exhaust administrative remedies by filing a charge or complaint with an administrative agency, and obtaining a right to sue notice, where required by law, before going to Arbitration.

Michaels   aaronbrothers   ARTISTREE   Darice   Pat Catan's

‹ PREV   NEXT ›



Mutual Agreement to Resolve Issues and Arbitrate Claims

## What Disputes Are Not Subject to Arbitration?

There are disputes that will not go through Arbitration:

- Claims for workers' compensation benefits, state disability insurance benefits, or unemployment compensation benefits;
- Claims that the Dodd-Frank Wall Street Reform & Consumer Protection Act or other controlling federal statutes bar from the coverage of mandatory pre-dispute arbitration agreements;
- Claims for benefits under employee benefit plans covered by ERISA that contain an appeal procedure or other exclusive or binding dispute resolution procedure in the respective plan.

Further Exclusion. This Agreement also does not apply to any lawsuit(s) or arbitrations already pending in court or in arbitration on the date You first receive this Agreement, including any class and/or collective action pending in court for which You are already a member or potential member of the class or collective action ("Pending Claims"). However, if any Pending Claims are subject to a previous agreement to arbitrate claims between You and the Company, that previous agreement to arbitrate will remain in full force and effect and will continue to apply to the Pending Claims.

Michaels   aaronbrothers   ARTISTREE   Darice   Pat Catan's

‹ PREV   NEXT ›

Exhibit D to Keller Decl. - Page 20

CONFIDENTIAL



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Can I Bring My Claims As A Class And/Or Collective Action

Yes, if you opt-out of the Class and Collective Action Waivers as discussed below, otherwise You and the Company agree to bring any dispute in arbitration individually only, and not as a class and/or, collective action. Accordingly, unless you opt-out of the Class Action Waiver:

- There will be no right or authority for any dispute to be brought, heard or arbitrated as a class and/or collective action ("Class Action Waiver"). Nor shall the Arbitrator have any authority to hear or arbitrate any such dispute. The Class Action Waiver shall be severable from this Agreement in any case in which (1) the dispute is filed as a class and/or collective action; and (2) there is a final judicial determination that all or part of the Class Action Waiver is invalid, unenforceable, unconscionable, void or voidable, in which case the class and/or collective action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Class Action Waiver that is valid and enforceable shall be enforced in arbitration.

The Class Action Waiver shall also be severable in any case in which the dispute is filed as an individual action and severance is necessary to ensure that the individual action proceeds in arbitration.

Michaels   aaronbrothers   ARTISTREE   Darice   Pat Catan's

‹ PREV   NEXT ›



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Class and Collective Action Waivers Opt-Out

The Class Action Waiver is not a mandatory condition of Your employment or a mandatory part of this Agreement, and You may therefore opt out of and not be subject to the Class Action Waiver. Your decision to be bound or not bound by the Class Action Waiver is entirely voluntary. In order to opt out of and not be subject to the Class Action Waiver, You must either submit a signed and dated statement on a "Class Action Waiver Opt-Out Form" ("Form") to WorkplaceResolutions@michaels.com or you may submit a written notice stating that you are opting-out of the Class Action Waiver to WorkplaceResolutions@michaels.com. To obtain a copy of the Form, please email WorkplaceResolutions@michaels.com and request the Form. In order to be effective, the signed and dated Form or written notice must be sent WorkplaceResolutions@michaels.com or faxed to 972-409-1708, within 30 days of your first receipt of this Agreement. An employee who timely opts out of the Class Action Waiver will not be subject to any negative employment action as a consequence of that decision and may bring or participate in a Class and/or Collective Action against the Company in a court of competent jurisdiction. In any event, and even if You opt out of the Class Action Waiver, an arbitrator will have no jurisdiction or authority to preside over a Class and/or Collective Action and the remainder of this Agreement will remain in full force and effect and all other claims covered by this Agreement must be arbitrated in accordance with the terms of this Agreement.

Regardless of anything else in this Agreement or any rules or procedures that might apply, the enforceability, interpretation and validity of the Class Action Waiver may be determined only by a court and not by an Arbitrator.

Michaels   aaronbrothers   ARTISTREE   Darice   Pat Catan's

‹ PREV   NEXT ›

Exhibit D to Keller Decl. - Page 21



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Role of Governmental Agencies

Nothing in this Agreement prevents You from making a report to or filing a claim or charge with a government agency, including without limitation the Equal Employment Opportunity Commission, U.S. Department of Labor, U.S. Securities and Exchange Commission, National Labor Relations Board, or Office of Federal Contract Compliance Programs. Nothing in this Agreement prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Agreement. This Agreement also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by this Agreement. Nothing in this Agreement prevents or excuses a party from satisfying any conditions precedent or exhausting administrative remedies under applicable law before bringing a claim in arbitration. The Company will not retaliate against You for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act.

‹ PREV    NEXT ›



Mutual Agreement to Resolve Issues and Arbitrate Claims

# How do I Start Arbitration

To start the arbitration process, the party making a demand for arbitration must send a written Request for Arbitration to the other party. If the Company is making a demand for arbitration, the Company will mail a written Request for Arbitration to You at your last known address and to any United States office of the AAA. If You are making a demand for arbitration, You must send a written Request for Arbitration to the Company by mailing to the Office of the General Counsel, Michaels Stores, Inc., 8000 Bent Branch Drive, Irving TX 75063, and to any United States office of the AAA. Both parties must make a demand before the deadline (statute of limitation) for the claim has passed. The parties should make their Request as soon as possible after the event, or events in dispute, so that arbitration may take place quickly. You can get the filing form on the AAA website, www.adr.org/employment, or by requesting it at WorkplaceResolutions@michaels.com. The Arbitrator shall resolve all disputes regarding the timeliness or propriety of the demand for arbitration.

‹ PREV    NEXT ›

Exhibit D to Keller Decl. - Page 22

CONFIDENTIAL                    MICHAELS_ARMSTRONG_000356



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Where Can I Find The Arbitration Rules?

The arbitration process is governed by this Agreement and the then current Employment Arbitration Rules of the AAA ("AAA Rules"). These rules are available at www.adr.org/employment. You may also request a copy of the AAA Rules by emailing WorkplaceResolutions@michaels.com, or requesting by mail to Office of the General Counsel, Michaels Stores, Inc., 8000 Bent Branch Drive, Irving TX 75063. If there is a conflict between the AAA Rules and this Agreement, this Agreement shall govern.

‹ PREV    NEXT ›



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Can I Or The Company Seek Injunctive Relief?

You or the Company may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief in connection with an arbitrable controversy; but all issues of final relief shall be decided in arbitration. Seeking temporary or preliminary injunctive relief is not a waiver of your or the Company's rights under this Agreement.

‹ PREV    NEXT ›

Exhibit D to Keller Decl. - Page 23



Mutual Agreement to Resolve Issues and Arbitrate Claims

# What Happens at the Arbitration Hearing And Where Will It Take Place?

Unless both You and the Company agree otherwise, the arbitration occurs in the city or county in which You are or were last employed by the Company.  The parties shall have the right to present witnesses and evidence to present their case and defenses.   The Arbitrator may award any party any remedy to which that party is entitled under applicable law, but, unless you opt-out pursuant to the Class and Collective Waiver Opt-Out clause above, remedies are limited to those that would be available to a party in his or her individual capacity in a court of law for the disputes presented to the Arbitrator. You and the Company may, but are not required to, each file a single post-hearing brief with the Arbitrator within fifteen (15) days of the conclusion of the Arbitration. The Arbitrator may grant additional time for filing briefs. The Arbitrator will draft a written reasoned opinion stating the factual and legal basis for the decision within thirty (30) days after the hearing concludes, or the receipt of post-hearing briefs (if requested), whichever is later, but  the failure of the Arbitrator to meet this or any other deadline will not affect the validity of the arbitration and award.  The award shall be final and binding on You and the Company, subject only to limited review under the Federal Arbitration Act. Judgment on any award may be entered and enforced in any court of competent jurisdiction.

< PREV   NEXT >



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Do I have to Pay the Arbitration Fees?

Whoever initiates arbitration may be required to pay a filing fee as required by AAA rules.  That filing fee will not be higher than what You would pay to file a lawsuit, or take your dispute to another administrative body. If You cannot afford to pay the filing fee, You will be relieved of the obligation to pay the filing fee. Any disputes about the payment of the initial filing fee will be decided by the Arbitrator. The Company will pay all other fees and costs of the Arbitrator as required by AAA.  As we said earlier, You can also hire an attorney at your cost, subject to any remedies to which You may later be entitled under applicable law, such as attorneys' fees.

< PREV   NEXT >

Exhibit D to Keller Decl. - Page 24

CONFIDENTIAL



Mutual Agreement to Resolve Issues and Arbitrate Claims

## Consideration For This Arbitration Agreement

The mutual obligations by You and the Company to resolve claims through arbitration, instead of through the court system, provide consideration for this Agreement.

## Sole And Entire Agreement

Subject to the "Pending Claims" exclusion above, this is the complete agreement of the parties on the subject of arbitrating claims, and unless this Agreement in its entirety is deemed void, unenforceable or invalid, this Agreement replaces any prior or concurrent oral or written statements on arbitration. This Agreement does not alter the "at-will" status of your employment. This Agreement shall survive the termination of your employment and the expiration of any benefit, and it will apply upon re-employment by the Company if your employment is ended but later renewed, and it will be deemed to continue in effect despite any changes in terms and conditions of your employment (including, but not limited to, changes in compensation, promotions, transfers, relocations, and changes in job duties).

< PREV    NEXT >



Mutual Agreement to Resolve Issues and Arbitrate Claims

## Construction

Except regarding the Class Action Waiver, if any term of this Agreement is determined to be void or unenforceable, that term will be automatically modified to the extent necessary to render it enforceable or, if

such modification is not permissible, shall be removed from this Agreement, but that removal will affect no other terms of this Agreement. All other terms will remain valid and enforceable. A waiver of one or more terms of this Agreement by any party shall not be a waiver of the entire Agreement. Any contractual disclaimers the Company has in its Handbook, policies or otherwise do not apply to this Agreement.

< PREV    NEXT >

Exhibit D to Keller Decl. - Page 25

CONFIDENTIAL





CONFIDENTIAL



Mutual Agreement to Resolve Issues and Arbitrate Claims

# Acknowledgement

BY CLICKING "I AGREE" BELOW, I AGREE THAT I HAVE CAREFULLY READ, UNDERSTAND AND
AGREE TO THE MUTUAL AGREEMENT TO RESOLVE ISSUES AND ARBITRATE CLAIMS, AND
AGREE THAT THE COMPANY AND I ARE GIVING UP OUR RIGHTS TO A COURT OR JURY TRIAL
AND AGREE TO ARBITRATE CLAIMS AND DISPUTES COVERED BY THE MUTUAL AGREEMENT TO
RESOLVE ISSUES AND ARBITRATE CLAIMS.

I AGREE

The Company agrees to be bound by the terms of the Mutual Agreement to Resolve Issues and
Arbitrate Claims.

SIGNATURE OF AUTHORIZED COMPANY
REPRESENTATIVE

SVP, General Counsel &
TITLE OF REPRESENTATIVE  Secretary

Michael J. Veitenheimer
PRINTED NAME OF AUTHORIZED COMPANY REPRESENTATIVE

Michaels    aaronbrothers    ARTISTREE    Darice    Pat Catan's

‹ PREV

Exhibit D to Keller Decl. - Page 27

CONFIDENTIAL    MICHAELS_ARMSTRONG_000361