UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAELS STORES, INC.,<br><br>    Defendant. | Case No. 17-CV-06540-LHK<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. Nos. 87, 88 |

On December 16, 2020, Defendant filed the instant request for dismissal. ECF No. 87. Defendant asks the Court to dismiss this case with prejudice because an arbitrator has granted summary judgment to Defendant on Plaintiff's claims. *Id.* at 2. Plaintiff does not oppose dismissal. *Id.* On February 2, 2021, the parties reiterated Defendant's unopposed request for dismissal. ECF No. 88.

Accordingly, the Court GRANTS the instant request and dismisses this case with prejudice.

**IT IS SO ORDERED.**

Dated: February 7, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-06540-LHK
ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE