United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA ARMSTRONG, | Case No. 17-CV-06540-LHK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAELS STORES, INC., | |
| Defendant. | |

On February 7, 2021, the Court dismissed the instant case with prejudice. ECF No. 89.

Accordingly, judgment is entered for Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 7, 2021

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No. 17-CV-06540-LHK
JUDGMENT